## WAIVER OF SERVICE OF SUMMONS

TO: Oliver Hall

I acknowledge receipt of your request that I waive service of a summons in the action of Ralph Nader, et al. v. Democratic National Committee, et al., which is case number 08-cv-00589-RMU, in the United States District Court for the District of Columbia. I have also received a copy of the complaint in the action, two copies of this instrument, and a means by which I can return the singed waiver to you without cost to me.

I agree to save the cost of service of a summons and an additional copy of the complaint in this lawsuit by not requiring that I (or the entity on whose behalf I am acting) be served with judicial process in the manner provided by Rule 4.

I (or the entity on whose behalf I am acting) will retain all defenses or objections to the lawsuit or to the jurisdiction or venue of the court except for objections based on a defect in the summons or in the service of the summons.

I understand that a judgment may be entered against me (or the party on whose behalf I am acting) if an answer or motion under Rule 12 is not served upon you within 60 days after April 7, 2008.

5/1/08
Date

Signature

Printed/typed name: Marc Elias

as Counsel

for Senator John Kerry