UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| RALPH NADER, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | |
| ) | Civil Action No. 08-589-RMU |
| THE DEMOCRATIC NATIONAL COMMITTEE ) et al., ) | |
| ) | |
| Defendants. ) | |

## NOTICE OF APPEARANCE

NOTICE IS HEREBY GIVEN that Joseph E. Sandler and John Hardin Young, whose address, bar numbers and telephone number are set forth below, will appear as counsel for Defendant Democratic National Committee in the above-captioned matter.

                                                  Respectfully submitted,

                                    _____/s/ Joseph E. Sandler_____
                                    Joseph E. Sandler
                                    D.C. Bar # 255919
                                    John Hardin Young
                                    D.C. Bar # 190553
                                    SANDLER, REIFF & YOUNG, P.C.
                                    300 M Street, S.E.  # 1102
                                    Washington, D.C. 20003
                                    Telephone: (202) 479-1111
                                    Fax:  (202) 479-1115

                                    Attorneys for Defendant Democratic National Committee

Dated: June 6, 2008