## UNITED STATE DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **RALPH NADER, et al.,**        )<br>                                              )<br>            **Plaintiff,**         )<br>                                              )<br>    v.                                      )<br>                                              )<br>**THE DEMOCRATIC NATIONAL**   )<br>**COMMITTEE, et al.**              )<br>                                              )<br>            **Defendants.**      )<br>                                              ) | Civil Action No. 1:08-CV-00589 (RMU) |

### NOTICE OF APPEARANCE

NOTICE IS HEREBY GIVEN that Douglas K. Spaulding, whose address, bar number and telephone number are set forth below, will appear as counsel for the defendant Reed Smith in the above captioned matter.

                                                                  Respectfully submitted,

                                                                          /s/ Douglas K. Spaulding
                                                                  Douglas K. Spaulding
                                                                  D.C. Bar #936948
                                                                  REED SMITH LLP
                                                                  1301 K Street, NW
                                                                  Suite 1100 – East Tower
                                                                  Washington, DC 20005
                                                                  Phone: (202) 414-9235
                                                                  Fax: (202) 414-9299
                                                                  E-mail: dspaulding@reedsmith.com

Dated: June 9, 2008