UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **RALPH NADER, et al.,**  **Plaintiffs**  v.  **THE DEMOCRATIC NATIONAL COMMITTEE, et al.,**  **Defendants.** | Civil Action No. 08-00589-RMU |

### PLAINTIFFS' MOTION TO ENLARGE TIME
### TO FILE AN OPPOSITION TO MOTIONS TO DISMISS

Plaintiffs, with the consent of all defendants, hereby move the Court for an order, pursuant to Fed. R. Civ. P. 6(b), enlarging the time in which they are required, pursuant to LCvR 7(b), to file an opposition to the motions to dismiss filed by defendants Democratic National Committee, Reed Smith, LLP, Kerry-Edwards 2004, Inc. and John Kerry, to June 27, 2008.

In support of this Motion, plaintiffs submit that the defendants collectively filed three separate motions to dismiss plaintiffs' Complaint on June 5 and 6, 2008, and that all defendants consent to this motion to enlarge the time in which plaintiffs are required to file an opposition to such motions. Accordingly, due to the large number of motions to dismiss, the parties agree that the interests of efficiency are best served by setting the date for plaintiffs to file an opposition to the motions to June 27, 2008.

## **CONCLUSION**

For the foregoing reasons, plaintiffs respectfully request that the Court grant their Motion and enter the Proposed Order submitted herewith.


Dated: June 16, 2008                                           Respectfully Submitted,


  /s/ Oliver B. Hall

Oliver B. Hall
D.C. Bar No. 976463
oliverbhall@gmail.com
1835 16th Street N.W.
Washington, D.C. 20009
Tel: (617) 953-0161

*Counsel for plaintiffs Ralph Nader, Peter Miguel Camejo, Gregory Kafoury, Lloyd Marbet, D.B. Fanning, C.K. Ireland, Julie Coyle, and Herman Blankenship*

Bruce Afran, Esquire
10 Braeburn Drive
Princeton, NJ 08540
*Of Counsel*

Mark R. Brown, Esquire
303 East Broad Street
Columbus, OH 43215
*Of Counsel*

Carl J. Mayer, Esquire
Mayer Law Group, LLC
1040 Avenue of the Americas, Suite 2400
New York, NY 10018
*Of Counsel*

Matt Gonzalez, Esquire
G. Whitney Leigh, Esquire
Brian Vereschagin, Esquire
Gonzalez & Leigh, LLP
Two Shaw Alley
San Francisco, CA 94105
*Of Counsel*

## **CERTIFICATE OF SERVICE**

I hereby certify that I served a copy of the foregoing Motion to Enlarge Time to File an Opposition to Motions to Dismiss on June 16, 2008 by means of the Court's CM/ECF system or by first class mail, postage prepaid, on the following parties:

Joseph E. Sandler
D.C. Bar No. 255919
John Hardin Young
SANDLER, REIFF & YOUNG
300 M Street, S.E., Suite 1102
Washington, D.C. 20003

*Attorneys for Defendant Democratic
National Committee*

Mark E. Elias
D.C. Bar No. 442007
PERKINS COIE
607 14th St., N.W.
Washington, D.C. 20005

*Attorneys for Defendants
Kerry-Edwards 2004, Inc. and
Senator John Kerry*


Douglas K. Spaulding
D.C. Bar No. 936948
REED SMITH, LLP
1301 K Street N.W.
Suite 1100 – East Tower
Washington, D.C. 20005

*Attorneys for Defendant Reed Smith, LLP*

                                          /s/ Oliver B. Hall
                                          Oliver B. Hall
                                          *Attorney for Plaintiffs*

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **RALPH NADER, et al.,** : | |
| **Plaintiffs** : | |
| v. : | **Civil Action No. 08-00589-RMU** |
| **THE DEMOCRATIC NATIONAL COMMITTEE, et al.,** : | |
| **Defendants.** : | |

## [PROPOSED] ORDER

Upon consideration of Plaintiffs' Motion to Enlarge Time to File an Opposition to Motions to Dismiss, it is hereby

ORDERED, that the time in which plaintiffs shall be required to file an opposition to the motions to dismiss filed by all defendants on June 5 and 6, 2008 is enlarged to June 27, 2008.

_____

RICARDO M. URBINA

United States District Judge

Signed this \_\_\_ day of June 2008.

4

Copies to:

Joseph E. Sandler
John Hardin Young
SANDLER, REIFF & YOUNG
300 M Street, S.E., Suite 1102
Washington, D.C. 20003

*Attorneys for Defendant Democratic
National Committee*

Mark E. Elias
PERKINS COIE
607 14th St., N.W.
Washington, D.C. 20005

*Attorneys for Defendants
Kerry-Edwards 2004, Inc. and
Senator John Kerry*

Douglas K. Spaulding
REED SMITH, LLP
1301 K Street N.W.
Suite 1100 – East Tower
Washington, D.C. 20005

*Attorneys for Defendant Reed Smith, LLP*

Oliver B. Hall
1835 16th Street N.W.
Washington, D.C. 20009
oliverbhall@gmail.com

*Attorney for Plaintiffs*