**EXHIBIT E:**

**TESTIMONY OF MAINE DEMOCRATIC PARTY CHAIR AND DNC OFFICIAL DOROTHY MELANSON, MAINE BUREAU OF CORPORATIONS, ELECTIONS AND COMMISSIONS, AUGUST 30-31, 2004**

TRANSCRIPT OF TESTIMONY FROM DOROTHY MELANSON,
CHAIRWOMAN OF MAINE DEMOCRATIC PARTY
Public Hearing Before the Bureau of Corporations, Elections and Commissions
Augusta, Maine
August 30 and 31, 2004

---

HB = Attorney Harold H. Burbank II (Attorney for Ralph Nader and Peter Miguel Camejo)
DM = Dorothy Melanson (Chairwoman for Maine Democratic Party)

---

HB: Good Morning, or Good Afternoon I should say.

DM: Good afternoon.

HB: Well after going through all this testimony, and the reading I've done and the hearing of all the issues raised, I have but really one question. And that is why do you feel compelled to bring this challenge against Mr. Nader and Mr. Camejo, who represent, in my judgment, the views of not less than 4,000 signatories of petitions that attempt to place him on the ballot in Maine? And in your own words can you explain to me what your motivations are?

DM: We had heard from several people who felt that they were somewhat tricked into signing these petitions. We also were alerted to problems in other states—many other states. As I'm sure you're aware...

HB: No, I am not aware, but...

DM: So we started looking into the petitions themselves; we started looking into the electors, and just to make sure everything was okay. This is a nationwide process that many states are going through the exact same thing with the exact same problems.

HB: When you say it's a nationwide process, is it being coordinated from any central location?

DM: Um....the Democratic Party. The national Party is certainly looking at it. There's also an organization called stopnader.com.

HB: Okay. Are you affiliated with stopnader.com?

DM: I am not at all.

HB: Are you affiliated with the Democratic Party?

DM: I most certainly am.

HB: In what capacity is that?

DM: I am the Chair of the Maine Democratic Party.

HB: The Chair of the Maine Democratic Party. Do you have any personal feeling or belief toward either candidate Nader or candidate Camejo that they personally are unqualified for the office of President and Vice President of the United States?

DM: I don't know one thing about the Vice Presidential candidate Camejo. I have no idea. In my personal opinion, Mr. Nader is not qualified for me.

HB: Right.

DM: In my qualifications.

HB: But is he unfit for office in any way that would disqualify him personally or legally to apply to be a candidate in any state due to crime, fraud, duress, placed on voters or persons?

DM: There were some states—I don't have the documentation in front of me now—that many many of his signatures were removed.

HB: I'm talking about Mr. Nader personally now.

DM: Personally?

HB: Yes.

DM: I think he's old enough and a citizen, and he meets all the qualifications in the Constitution.

HB: You're not aware that he's ever committed any crimes...

DM: I'm not aware.

HB: That would disqualify him for running for office?

DM: No.

HB: You're not aware of any campaigns he's run to discredit people on a false basis or lend the air of fraud to the careers of other candidates for public office?

DM: I'm not aware.

HB: Or mistake or lack of qualification due to anything other than perhaps their public positions—such as policy decisions, election records, that kind of thing? You're not aware of Mr. Nader being disqualified for any reason that the public can scrutinize through the

media, through libraries, through records of any kind, other than perhaps, you know, on a petition basis that you brought your petition on today?

DM: There are many states that have the same questions. But other than that, I'm not aware of any fraud that Mr. Nader has committed.

HB: Or any other basis he should be disqualified as a candidate for President of the United States?

DM: No.

HB: He has committed no treason against the United States?

DM: Not that I'm aware of.

HB: He has committed no other act of national security depreciation that would disqualify him from becoming a candidate for President of the United States?

DM: Not that I'm aware of.

HB: Can you describe in your own words what kinds of discussions you had prior to filing this petition with members of the Democratic Party that encouraged you to become involved—I assume encouraged—you to become involved in this process of challenge?

DM: There were a great many discussions other state party chairs have had discussions regarding their own state's process looking at the Nader petitions.

HB: Have you seen these petitions yourself?

DM: Yes I have.

HB: All—everything that's in this box here?

DM: (Inaudible)

HB: And you and your attorneys have worked—I mean, you've worked—with them to examine each of these signatures?

DM: Mmmm Hmmm.

HB: And do you have any objections—I mean, are you going to personally raise any objections to some of these petitions or are you going to rely on your attorneys to do this for you?

DM: My attorneys.

HB: To do this for you. How long have you been Chair—you're Chair of the Maine Democratic Party? How many years have you held this position?

DM: Nine and a half.

HB: And have you ever held a political office prior to this?

DM: I've...

HB: Party office?

DM: Many party offices out of the Democratic National Committee...(inaudible)...prior to that.

HB: In the—from the state of Maine?

DM: Yes.

HB: Okay. Any other states?

DM: No, just Maine.

HB: Maine? You're from Maine?

DM: I moved here when I was a child.

HB: But you were raised here?

DM: I was.

HB: You went to school here?

DM: I did.

HB: And you worked here and you've lived here since?

DM: Uhhh Huh.

HB: You've never moved away for any length of time?

DM: No.

HB: Did you instruct your attorneys to make contact with the Democratic Party of the state of Maine for information about the challenges that they would like to see brought regarding these petitions?

DM: No.

Opposing Attorney: I'm going to object to this—attorney-client communication.

DM: Yeah.

HB: Did you contact the Democratic Party in the state of Maine and the members thereof and ask them whether they would like you to bring the challenges we see today in these petitions?

DM: The question being did I contact other members of the Party and ask them...

HB: Yes. Did you...

DM: I did not.

HB: You never asked any member of the Democratic Party whether you could, should think about bringing a challenge as a resident citizen of the state of Maine, as to the quality of the petitions that have been submitted?

DM: Many members of the Democratic Party urged us to look.

HB: My question is did you ask them if you should do it.

DM: For permission? No.

HB: Did you ask their opinion if you should do it?

DM: No.

HB: You've done this completely of your own volition and will and independent mind?

DM: Correct.

HB: Did you make the assumption that your Party would support your work in this regard?

DM: My Party has supported that work.

HB: It is acting in concert to help you?

DM: My state party...

HB: The state party or the national party—either level.

DM: Members of my party—state and national—support this work.

HB: And do they support you?

DM: Well they certainly have.

HB: Do they contact you personally?

DM: Great many members.

HB: Do they send you funds?

DM: (Silence) Uhh—we get funds from state and national—from our members and from the national party.

HB: Do you get them personally?

DM: Do I get them personally?

HB: Yeah.

DM: From the national party?

HB: Yes.

DM: My salary? Is that what you're talking about?

HB: Well does the national party pay you for this—I didn't realize this was a paid position?

DM: It is a paid position.

HB: Okay. Did they send you a separate fund to bring this challenge? Did they send you specified monies to pay attorneys to bring this challenge?

DM: There has been an arrangement, but it is not with me. I believe that comes under client.

HB: I'm asking you if the Democratic Party has contacted you personally and said we will support with money with other supports that as you need them to bring a challenge against the petitions of Ralph Nader and Miguel Camejo in the state of Maine. Has the Democratic Party contacted you personally and asked you to do this?

DM: Yes.

HB: And have they said they will help you pay for it?

DM: They said they would help in many ways.

HB: Did they say they would help…

DM: Financially.

HB: Did they say they would help you pay for it?

DM: Yes.

HB: Did they tell you how much money they would give you?

DM: No.

HB: Did you ask them?

DM: No.

HB: Are they paying for your attorneys?

DM: They are.

HB: Do they expect that you should make a response to them in your capacity as state Democratic Chair once these hearings are concluded and a decision is rendered by the Secretary of State's office?

DM: Are they expected to hear what the decision is?

HB: From you personally?

DM: Yes.

HB: Was this part of the agreement that you made with them, I mean, I characterize what I've heard so far as an agreement between them and you to perform certain deeds for funds and to make a response as part of this agreement. Is that correct? In other words, they're expecting a report?

DM: There are members of the Democratic National Committee who certainly want to hear what the outcome of this.

HB: They're expecting to hear this from you and from no other person?

DM: Or from my attorneys.

HB: Well, do you expect that they will call you and ask you to provide this information? Once these hearings are concluded...

DM: I'm expecting that I'll probably call them first.

HB: Okay. Have they ever promised to in some way notify you of the amount of funds they are willing to spend to complete this process?

DM: We have not spoken about specific amounts.

HB: Have they given you any indication they would not limit the funds?

DM: We have not had that discussion.

HB: I have nothing further.

---

Disclaimer: This transcript is an unofficial transcript from an official audio recording.

**EXHIBIT F:**

**CAROLINE ADLER BIOGRAPHY, EMAIL AND ATTACHMENT**

# katzenbach

search:

- MAIN
- PARTNERS
- PRINCIPALS
- FUNCTIONAL LEADERS
- SENIOR FELLOWS

## People

### Caroline Adler

**Senior Associate**

New York



Contact

**Related Wor**

Approach: Cr
Extraordinary
in the Non-Pr

### Education and Experience:
Caroline graduated from Harvard with a degree in Social Studies. Her thesis explored potential explanations for the popularity of reality TV among American audiences. Immediately after college, Caroline worked in the CEO's office of the Democratic National Convention in Boston and then with the legal team of the Kerry campaign in Washington, D.C.

*"I'm an idealist. I don't know where I'm going, but I'm on my way."*
-Carl Sandburg

### K|P|L Projects:
Since joining Katzenbach Partners, Caroline has been doing industry research and application development for a large media company.

### Insight into Caroline:
Even though Caroline misses the warm weather, spectacular geography and relaxed lifestyle of her hometown in Southern California, she has grown to love the east coast. In addition to the walk-everywhere attitude and exciting pace of life in New York, Caroline is eager to explore the array of museums, parks, and delicatessens in and around the city.

©2006. Katzenbach Partners LLC. All rights reserved.

| | |
|---|---|
| From: | ▉▉▉▉▉▉▉▉▉▉▉▉▉ |
| To: | ▉▉▉▉▉▉▉▉ |
| Sent: | Thursday, June 15, 2006 1:29 PM |
| Attach: | SCRIPT FOR NADER PETITION SIGNERS.doc |
| Subject: | Phone Script - Email Logging Info Precedes Original Content |

Subject: DNC's Anti-Nader phone script
To: ▉▉▉▉▉▉▉▉▉
From: ▉▉▉▉▉▉▉

---

this got sent to my junk mail

-------- Original Message --------
Subject: DNC's Anti-Nader phone script
Date: Wed, 22 Sep 2004 11:26:11 -0400
From: ▉▉▉▉▉▉▉▉▉▉▉▉
To: ▉▉▉▉▉▉

The DNC mail is below. It has no content except for the signature containing Adler's two phone numbers, and the Word file attachment.

You may contact me at this address.

-------- Forwarded Message

Return-Path: AdlerC@dnc.org
Delivery-Date: Fri Sep 17 18:02:00 2004
Return-path: <AdlerC@dnc.org>
Received: from GW6Dom2-MTA by dncn5.dnc.org
    with Novell_GroupWise; Fri, 17 Sep 2004 17:54:06 -0400
Message-Id: <s14b24be.023@dncn5.dnc.org>
X-Mailer: Novell GroupWise Internet Agent 6.5.2
Date: Fri, 17 Sep 2004 17:53:41 -0400
From: "Caroline Adler" <AdlerC@dnc.org>
To: <>
Subject:
--------

Democratic National Committee
w. 202.479.5175
c. 626.482.8347

-------- End of Forwarded Message

--

****************************************************************
* ▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉
****************************************************************

6/22/2006

SCRIPT FOR NADER PETITION SIGNERS (fill out for each signer)

Name on Petition: _____   Address _____

Locality _____

1. Hello, is this {Name on petition}. This is {Caller} I'm calling to check whether or not you signed a petition for Ralph Nader.

    Record _   a. yes

    b. No

    c. Signed something, didn't know it was for Nader

IF "YES", THANK YOU, JUST CHECKING, AND HANG UP.
IF "NO", OR "SIGNED, BUT DIDN'T KNOW IT WAS FOR NADER, PROBE AS FOLLOWS:

2. Your name is listed on a petition submitted by the Nader campaign. Do you recall signing any kind of petition? Record response:

    Yes

    No

    Don't know/remember

    a. If yes, what were you told you were signing? RECORD RESPONSE VERBATIM:

    _____

    b. Can you describe the person who asked you to sign? (male, female, young. Old, beard, etc.) RECORD VERBATIM.

    _____

3. Would you be willing to meet with one of our volunteers to give a statement?
    Yes           NO

    If yes, thanks. I'll have someone get in touch with you right away. Do you have a cell phone as well, in case you're out? _____