UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RALPH NADER, et al., | : |
| Plaintiffs, | : |
| v. | : Civil Action No.: 1:08-cv-00589-RMU |
| THE DEMOCRATIC NATIONAL COMMITTEE, et al., | : |
| Defendants. | : |

## DEFENDANT DEMOCRATIC NATIONAL COMMITTEE'S MOTION TO DISMISS THE AMENDED COMPLAINT

Defendant Democratic National Committee moves this Court pursuant to Rule 12(b) of

the Federal Rules of Civil Procedure to dismiss the Amended Complaint, and as grounds

therefore refers to the Memorandum in Support of Its Motion attached hereto and incorporated

herein.

Dated: July 29, 2008                          Respectfully submitted,

                                              _____/s/_____
                                              Joseph E. Sandler,
                                              D.C. Bar No. 255919
                                              John Hardin Young
                                              D.C. Bar No. 190553
                                              Stephen E. Hershkowitz
                                              D.C. Bar No. 282947
                                              Elizabeth F. Getman

                                              SANDLER, REIFF & YOUNG, P.C.
                                              300 M Street, S.E., Suite 1102
                                              Washington, D.C. 20003
                                              (202) 479-1111
                                              (202) 479-1115 (facsimile)
                                              young@sandlerreiff.com

                                              Attorneys for Defendant
                                              Democratic National Committee

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

RALPH NADER, et al.,

                Plaintiffs,

      v.

THE DEMOCRATIC NATIONAL
COMMITTEE, et al.,

                Defendants.

Civil Action No.: 1:08-cv-00589-RMU

**MEMORANDUM OF LAW IN SUPPORT OF
DEFENDANT DEMOCRATIC NATIONAL COMMITTEE'S MOTION TO DISMISS
THE AMENDED COMPLAINT**

Defendant Democratic National Committee (DNC) moves to dismiss the Amended

Complaint pursuant to Federal Rules of Civil Procedure 12(b)(1) and (6) for the same reasons as

set forth in its Memorandum in Support of its Motion to Dismiss, filed on June 5, 2008.  The

DNC also incorporates the reasons set forth in Defendant Reed Smith's Motion to Dismiss, filed

on July 28, 2008.

The Amended Complaint does not add any new material facts relevant to the Court's

decision in this matter.  It merely adds several allegations that stem from a Pennsylvania Grand

Jury presentment alleging misconduct by state Democratic officials.  Am. Compl. ¶ 105-106.

The allegations claim that the Commonwealth of Pennsylvania funded and over 50 state

employees participated in the ballot access challenge in that state.  The references to the grand

jury findings make reference to the Pennsylvania House Democratic Caucus and the

Pennsylvania House Democratic Campaign Committee.  These entities however, are not

subsidiaries of or connected in any way to the DNC, which is an independent national political

party committee.  Nothing in the Grand Jury presentment, moreover, adds any material fact to

demonstrate that the DNC was a state actor or acted under color of state law in a violation of

42 U.S.C. § 1983.  As such, the Amended Complaint should be dismissed.


Dated:  July 29, 2008                                        Respectfully submitted,

                                                             _____/s/_____
                                                             Joseph E. Sandler,
                                                             D.C. Bar No. 255919
                                                             John Hardin Young
                                                             D.C. Bar No. 190553
                                                             Stephen E. Hershkowitz
                                                             D.C. Bar No. 282947
                                                             Elizabeth F. Getman

                                                             SANDLER, REIFF & YOUNG, P.C.
                                                             300 M Street, S.E., Suite 1102
                                                             Washington, D.C. 20003
                                                             (202) 479-1111
                                                             (202) 479-1115 (facsimile)
                                                             young@sandlerreiff.com

                                                             Attorneys for Defendant
                                                             Democratic National Committee

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

RALPH NADER, et al.,

              Plaintiffs,

      v.

THE DEMOCRATIC NATIONAL
COMMITTEE, et al.,

              Defendants.

              Civil Action No.: 1:08-cv-00589-RMU

## ORDER

      Upon consideration of Defendant Democratic National Committee's Motions to Dismiss,

Plaintiffs' response thereto, and Democratic National Committee's reply, it is hereby

      **ORDERED** that Defendant's Motion is **GRANTED;** it is further

      **ORDERED** that all of Plaintiffs' claims are **DISMISSED WITH PREJUDICE.**

Entered this ___ day of _____, 2008.

                                  _____

                                  RICARDO M. URBINA
                                  United States District Court Judge

Copies to be served on all parties
via the Court's ECF/Pacer system

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on July 29, 2008, I electronically filed Defendant Democratic

National Committee's motion to dismiss the amended complaint, memorandum of law in support

and proposed order with the Clerk of the Court by using the Court's CM/ECF system, which will

cause copies of the foregoing to be served upon the following parties:

Douglas K. Spaulding, Esq.
Lasagne A. Wilhite, Esq.
Reed Smith LLP
1301 K Street, NW
Suite 1100 - East Tower
Washington, DC 20005

*Counsel for Defendant Reed Smith LLP*

Mark E. Elias, Esq.
Perkins Coie
607 14th Street, NW
Washington, DC 20005

*Counsel for Defendants John Kerry and*
*Kerry-Edwards, Inc.*

Oliver B. Hall, Esq.
1835 16th Street, NW
Washington, DC 20009

*Counsel for Plaintiffs Ralph Nader, Peter*
*Miguel Camejo, D.B. Fanning, C.K. Ireland,*
*Julie Coyle, Herman Blankenship, Lloyd*
*Marbet and Gregory Kafoury*

_____/s/_____
John Hardin Young